# *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

SAMUEL W. BOELLNER, ET AL                                             PLAINTIFF(S)

VS.                          Case No.  4:14CV00056  SWW

JAMES F. DOWDEN                                                       DEFENDANT(S)

## ORDER

    The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Susan Webber Wright, due to her senior status.

    IT IS SO ORDERED this 7th day of February 2014.

                                       AT THE DIRECTION OF THE COURT
                                       JAMES W. McCORMACK, CLERK

                                       BY: /s/ Cecilia Norwood
                                             Courtroom Deputy to
                                             U.S. District Judge Susan Webber Wright